United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RENE MONTES-MAYORGA, *et al.*,<br><br>Defendants.<br>_____ / | No. CR 08-00730 WHA<br><br>**ORDER SETTING TRIAL SCHEDULE FOR DEFENDANT MONTES-MAYORGA** |

The trial of defendant Rene Montes-Mayorga in this matter shall begin on **JUNE 21, 2010, AT 7:30 A.M.** The final pretrial conference shall be held on **JUNE 16, 2010, AT 1 P.M.** All other deadlines with respect to defendant Montes-Mayorga set by the revised final scheduling order (Dkt. No. 998) remain in effect. For continuity of counsel and to allow effective preparation for trial, time shall be excluded until June 21, 2010.

**IT IS SO ORDERED.**

Dated: April 6, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE