JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-7210
   Facsimile: (415) 436-7234
   Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08 730 WHA |
|     Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER SETTING CHANGE OF PLEA HEARING AND VACATING TRIAL DATES** |
| RENE MONTES-MAYORGA, ) | |
|     Defendant. ) | Hearing: June 16, 2010<br>Time: 1:00PM<br>Court: Hon. William H. Alsup |

    The parties have agreed in principle on a resolution of this case short of trial by plea agreement. Accordingly, the parties hereby respectfully request that the pretrial conference hearing currently set for June 16, 2010 at 1:00PM be redesignated as a change of plea hearing. The parties will endeavor to provide a draft of a written plea agreement to the Court at least 24 hours prior to the change of plea hearing. In light of the foregoing, the parties further respectfully request that the trial currently set to begin on

//
//
//
//

Stipulation and Order Re: Change of Plea
CR 08 730 WHA

1  June 21, 2010 be vacated, along with all associated deadlines.

2

3         IT IS SO STIPULATED.

4

5  DATED: June 1, 2010                              /s
                                         ROBERT DAVID REES
6                                        Assistant United States Attorney

7

8  DATED: June 1, 2010                              /s
                                         GEORGE BOISSEAU, ESQ.
9                                        Attorney for Defendant Montes-Mayorga

10

11        IT IS SO ORDERED.

12
                 June 3, 2010.
13  DATED: _____         _____
                                           HON. WILLIAM H. ALSUP
14                                         United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*
(United States District Court, Northern District of California seal)