IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

RENE MONTES-MAYORGA, et al.,

    Defendants.

No. CR 08-730 WHA

**ORDER REAFFIRMING JUNE 21 TRIAL DATE FOR DEFENDANT MONTES-MAYORGA**

    Defendant Montes-Mayorga and the government have filed a notice that they have agreed in principle on a resolution of this case by plea agreement, and have requested that the pretrial conference set for June 16, 2010, be redesignated as a change of plea hearing. On June 3, that request was granted. If defendant's plea agreement should crater, however, the trial date of June 21, 2010, shall not be vacated or continued. The parties should be prepared to begin trial on June 21 if there is no change of plea.

**IT IS SO ORDERED.**

Dated: June 7, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE