Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
RENE MONTES-MAYORGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR-08-0730-WHA |
|---|---|---|
| Plaintiff, | ) | [Proposed] STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | ) | |
| RENE MONTES-MAYORGA, | ) | |
| Defendant. | ) | |

    Defendant, RENE MONTES-MAYORGA, by and through defendant's attorney of record, George C. Boisseau, and agreement of the Government and the United States Probation Department, hereby requests that the sentencing hearing set for September 14, 2010, be continued until September 28, 2010, at 2:00 in the afternoon. The reason for the request is that the defense needs additional time to prepare for sentencing and address issues raised by the pre-sentence investigation.

    Dated: September 12, 2010

                                          /s/
                                  GEORGE C. BOISSEAU

                                Attorney for Defendant
                                RENE MONTES-MAYORGA

1

IT IS SO STIPULATED.

Dated: September 12, 2010

                                      /s/
                          ROBERT REES
                          Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, finding that counsel for defendant needs additional time to prepare for sentencing, it is hereby ordered that defendant's sentencing hearing on September 14, 2010, be continued to September 28, 2010, at 2:00 in the afternoon.

IT IS SO ORDERED.

Dated: September 13, 2010.

HON. WILLIAM ALSUP
U.S. District Judge
Northern District of California

2