Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
RENE MONTES-MAYORGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-08-0730-WHA |
| | ) | |
| Plaintiff, | ) | [Proposed] |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING SENTENCING |
| | ) | HEARING |
| | ) | |
| RENE MONTES-MAYORGA, | ) | |
| | ) | |
| Defendant. | ) | |

    Defendant, RENE MONTES-MAYORGA, by and through defendant's attorney of record, George C. Boisseau, and agreement of the Government and the United States Probation Department, hereby requests that the sentencing hearing set for September 28, 2010, be continued until October 8, 2010, at 1:00 in the afternoon. The reason for the request is that the parties are attempting to resolve certain factual and legal objections to the draft pre-sentence report and need additional time to complete this process.

    Dated: September 21, 2010

                                               /s/
                                      GEORGE C. BOISSEAU
                                      Attorney for Defendant
                                      RENE MONTES-MAYORGA

1

1  IT IS SO STIPULATED.

2  Dated: September 12, 2010

3                                    /s/
                                    ROBERT REES
4                                   Assistant U.S. Attorney

5

6                                    ORDER

7  GOOD CAUSE APPEARING, finding that counsel for defendant needs additional

8  time to prepare for sentencing, it is hereby ordered that defendant's sentencing hearing on

9  September 28, 2010, be continued to October 8, 2010, at 1:00 in the afternoon.

10  IT IS SO ORDERED.

11  Dated: September 22, 2010.

12

13                                  _____
                                    HON. WILLIAM ALSUP
14                                  U.S. District Judge
                                    Northern District of California