IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RENE MONTES-MAYORGA,<br><br>    Defendant.<br>                                                              / | No. CR 08-0730 WHA<br><br>**ORDER RE PRE-SENTENCE INVESTIGATION REPORT FOR RENE MONTES-MAYORGA** |

Per the parties' request at the October 8 hearing, the undersigned has reviewed the Reno Police Department reports regarding the incidents described in paragraphs 42 and 43 of the pre-sentence investigation report for defendant Rene Montes-Mayorga. Paragraphs 42 and 43 have been vetted and the description of the incidents therein conforms with the police reports. There are, however, a few errors that must be corrected. They are as follows: (1) the incident dates; (2) the charges for each incident; and (3) the dates of when the charges were dismissed.

Probation Officer Charles Mabie must correct the aforementioned errors and submit a corrected report by **OCTOBER 22** at **NOON**.

**IT IS SO ORDERED.**

Dated: October 14, 2010.

                                                             WILLIAM ALSUP<br>
                                                             UNITED STATES DISTRICT JUDGE